In the Matter of EIGHTH AVENUE COACH CORPORATION, Appellant, against MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York, Respondents.

Argued January 13, 1947; decided February 28, 1947.

*Boykin C. Wright, Joseph Rosch, George W. Sheldon* and *Thomas F. Fennell, II,* for appellant.

*Philip Halpern, Philip Hodes, George H. Kenny* and *Samuel R. Madison* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.